UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wardell Andrewin,  Civil No. 10-3838 (DWF/JSM)

          Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Reena Abraham,

          Defendant.

---

Wardell Andrewin, *Pro Se*, Plaintiff.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 20, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Doc. No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2010       s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge